**2010–0857.  Huff v. First Energy Corp.**
Trumbull App. No. 2009–T–0080, 2010-Ohio-1456. Reported at 126 Ohio St.3d 1546, 2010-Ohio-3855, 932 N.E.2d 340. On motions for reconsideration of Ohio Edison Company and Asplundh Tree Expert Company. Motions granted. The discretionary appeals are accepted. The parties shall brief this case in accordance with the Rules of Practice of the Supreme Court of Ohio.
    BROWN, C.J., and PFEIFER, J., dissent.
    LANZINGER, J., not participating.

**2010–0859.  State ex rel. Fatur v. Eastlake.**
Lake App. No. 2009–L–037, 2010-Ohio-1448. Reported at 126 Ohio St.3d 1546, 2010-Ohio-3855, 932 N.E.2d 340. On motion for reconsideration. Motion denied. Motion to strike motion for reconsideration denied as moot.
    LANZINGER and CUPP, JJ., dissent.

**2010–0862.  State v. O'Neal.**
Medina App. No. 09CA0045–M, 2010-Ohio-1252. Reported at 126 Ohio St.3d 1546, 2010-Ohio-3855, 932 N.E.2d 340. On motion for reconsideration. Motion denied.
    LANZINGER, O'DONNELL, and CUPP, JJ., dissent.

**2010–0923.  State v. Heft.**
Logan App. No. 8–10–02. Reported at 126 Ohio St.3d 1548, 2010-Ohio-3855, 932 N.E.2d 341. On motion for reconsideration. Motion denied.

**2010–0948.  Chovan v. DeHoff Agency, Inc.**
Stark App. No. 2009CA00114, 2010-Ohio-1646. Reported at 126 Ohio St.3d 1549, 2010-Ohio-3855, 932 N.E.2d 341. On motion for reconsideration. Motion denied.

**2010–1085.  Crotts v. Smith.**
In Habeas Corpus. Reported at 126 Ohio St.3d 1540, 2010-Ohio-3855, 932 N.E.2d 336. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS

## October 28, 2010

[Cite as *10/28/2010 Case Announcements*, 2010-Ohio-5213.]

# MOTION AND PROCEDURAL RULINGS

**In re Bikkani.**
On March 5, 2007, this court found Prasad Bikkani to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Bikkani was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On October 12, 2010, Bikkani submitted a motion for leave to file a motion for reconsideration. Upon consideration thereof,
    It is ordered by the court that the motion for leave to file is denied.

**2010–1733.  Hawk v. Goldsberry.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondent's motion for stay of proceedings,
    It is ordered by the court that the motion for stay of proceedings is granted. Respondent shall file a response to the relator's complaint no later than thirty days from the date of this entry.